Department. July 7, 1911.) Action by William L. Drummond against the City of New York and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

**DUFFY v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL.** (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Ellen Duffy by guardian, etc., against New York Contracting Company, Pennsylvania Terminal. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1120.

In re ECKERSON et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of John C. R. Eckerson and others, as trustees. M. Kellogg, for appellant. R. E. Deyo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re ECKERSON et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of John C. R. Eckerson and others, as trustees, etc. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, supra.

**EDNIE, Respondent, v. McHENRY, Appellant.** (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Margaret G. Ednie, as executrix, etc., of May Nash, deceased, against John D. McHenry. No opinion. Judgment and order affirmed, with costs. See, also, 143 App. Div. 943, 127 N. Y. Supp. 1118.

**EGBERT, Appellant, v. BARRIE et al., Respondents.** (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by Martha E. Egbert against George Barrie and another. O. B. Bergstrom, for appellant. H. Goldmark, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

**EHRET et al. v. GEORGE RINGLER & CO. et al.** (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by George Ehret, Jr., and others against George Ringler & Co. and others. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 129 N. Y. Supp. 551.

**EINSTEIN, Appellant, v. CENTRAL R. R. OF NEW JERSEY, Respondent.** (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by William Einstein against the Central Railroad of New Jersey. B. G. Paskus, for appellant. H. K. Stockton, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

**ELLIOTT, Appellant, v. PAINE, Respondent.** (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by James M. Elliott, Jr., against Martin S. Paine. W. H. Wurts, for appellant. C. J. Hardy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 120 App. Div. 879, 105 N. Y. Supp. 1114.

**ELLIS, Appellant, v. HURST et al., Respondents.** (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Edward S. Ellis against Thomas D. Hurst and another. N. Burkan, for appellant. A. Gilhooley, for respondents. No opinion. Judgment (128 N. Y. Supp. 144) affirmed, with costs. Order filed.

**ENTEMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Marie Enteman against the Nassau Electric Railroad Company. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

In re EPSTEIN. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of Alfred Epstein. No opinion. Application granted.

**EQUITABLE TRUST CO. OF NEW YORK v. NEWMAN.** (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by the Equitable Trust Company of New York against Charles A. Newman. No opinion. Application granted, upon plaintiff's filing stipulation provided in order. Order signed. See, also, 72 Misc. Rep. 52, 129 N. Y. Supp. 259.

In re ERICKSON. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) In the matter of Otto F. Erickson, an attorney at law. No opinion. Matters alleged in the petition referred to Augustus Thibaudeau, Esq., to take proofs and report, with his opinion thereon, to this court.

**EWEN, Appellant, v. THOMPSON-STARRET CO. et al., Respondents.** (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Robert Ewen against the Thompson-Starret Company and others. No opinion. Order (71 Misc. Rep. 171, 128 N. Y. Supp. 595) affirmed, with $10 costs and disbursements.

**FANNING, Appellant, v. KAUFMANN, Respondent.** (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Harold Fanning against Frederick W. Kaufmann. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

**FARGO, Respondent, v. AMERICAN BONDING CO. OF BALTIMORE, Appellant.** (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by James O. Fargo, as president, etc., against the American Bonding Company of Baltimore. D. A. Holmes, for appellant. E. L. Baylies, for re-